# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **Bethany Roberts,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>**Prime Transport Incorporated, et al.,** )<br>)<br>**Defendant.** ) | Case No. 4:09cv00610 FRB |

## ORDER

On April 21, 2009, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon examination, it has been determined that the case should have been filed as a Southeastern Division case. Therefore, a Southeastern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Lewis M. Blanton, U.S. Magistrate Judge.

Dated this 22nd day of April, 2009.

JAMES G. WOODWARD
Clerk of Court

By: /s/ Karen Moore
Deputy Clerk

**In all future documents filed with the Court, please use the following case number:
1:09cv0046 LMB.**